IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00403-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     SHAWN CAEKAERT,
2.     BENJAMIN FRESQUEZ,
3.     ELEANOR FRESQUEZ,
4.     GEORGE FRESQUEZ,
5.     MATTHEW FRESQUEZ,
6.     DAVID MICHAEL ROMERO,
7.     MICHAEL TOWNSEND,
8.     ALANNA TURNBAUGH, and
9.     SAMUEL VIGIL,

    Defendants.
_____

**ORDER VACATING PREVIOUS FINAL PRETRIAL CONFERENCE
AND JURY TRIAL DATES**
_____

**IT IS ORDERED THAT** due to the jury trial having been reset to August 11, 2008, the final pretrial conference that was set for January 24, 2008 at 4:00 p.m. and the jury trial that was scheduled to begin on January 28, 2008 are **VACATED.**

DATED this 10th day of January, 2008.

                    **BY THE COURT:**

                    _____
                    Marcia S. Krieger
                    United States District Judge