IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: September 22, 2008 |
| Court Reporter: Paul Zuckerman | |
| Probation Officer: Laura Ansart | |

Criminal Action No. 07-cr-00403-MSK

<u>*Parties*</u>:                                                                       <u>*Counsel*</u>:

UNITED STATES OF AMERICA,                          Michele Korver

       Plaintiff,

v.

1.  SHAWN CAEKAERT,                                        Mitchell Baker

       Defendant.

---

**SENTENCING MINUTES**
_____

**8:42 a.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on May 15, 2008. Defendant pled guilty to the One Count Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure. (**Doc. #213**) No further argument from the Government. The defendant has no objection.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** Government's Motion for Downward Departure (**Doc. #213**) is **DENIED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Bond is exonerated.

**9:03 a.m.** **Court in recess.**

Total Time: 21 minutes.
Hearing concluded.